# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY LARSEN,<br><br>   Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, AERA ENERGY SERVICES COMPANY EMPLOYEE BENEFIT PLAN AND DOES 1 THROUGH 10,<br><br>   Defendants. | Case No. 1:16-cv-01589-DAD-EPG<br><br>**ORDER TO CLOSE CASE**<br><br>[ECF No. 16] |

On March 21, 2017, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 16.) All parties have agreed to the stipulation. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

 Dated: **March 21, 2017**       /s/ Erica P. Grosjean
                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28